IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3111 |
| | ) | |
| v. | ) | |
| | ) | |
| LUIS A. CRUZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon the oral motion of the government and with the agreement of the defendant,

IT IS ORDERED that:

(1)     The Petition for Offender Under Supervision (filing no. 131) is dismissed without prejudice.

(2)     The initial appearance on revocation proceedings set for Tuesday, August 8, 2017, at 3:00 p.m., is canceled.

(3)     The warrant and any writ that has been issued based on filing no. 131 is withdrawn.

(4)     The parties are advised that the Amended Petition for Offender Under Supervision (filing no. 111) remains in effect, and the previously scheduled revocation hearing remains set for Wednesday, September 6, 2017, at 12 noon.

DATED this 7th day of August, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge